```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
HSBC USA, NA as trustee for Numura
Asset Acceptance Corporation Mortgage
Pass Through Certificates, Series
2006-API
C/O America's Servicing Company
3476 Stateview Boulevard
Ft. Mill, SC 29715,
                         Plaintiff,
                                                 CV-08-1280
    - against -                                  (CPS)(VVP)

David Schwartz, Rivkah Schwartz a/k/a
Rifkah Schwartz, Crachel Lowy, Fleet             ORDER
National Bank, JPMorgan Chase Bank,
New York City Department of Finance,
New York City Environmental Control
Board, New York City Parking Violations
Bureau, New York City Transit
Adjudication Bureau, New York State
Department of Taxation and Finance,
People of the State of New York, United
States of America Acting Through
the IRS,
                         Defendants.
----------------------------------------X
```
SIFTON, Senior Judge.

For the reasons set forth in the accompanying Memorandum Opinion and Order, dated June 3, 2008, the Clerk is directed to transfer this case to the Bankruptcy Court for the Eastern District of New York as an adversary proceeding related to Bankruptcy Case No. 08-40353 (DEM).

SO ORDERED.

Dated :   Brooklyn, New York
          June 3, 2008

             By:  /s/ Charles P. Sifton (electronically signed)
                      United States District Judge